**ANNE ZOLLER KIEFER**               *          NO. 2021-CA-0453

**VERSUS**                           *          **COURT OF APPEAL**

**DARREN LOMBARD AND**               *          **FOURTH CIRCUIT**
**ARTHUR MORRELL, IN HIS**
**OFFICIAL CAPACITY AS**             *          **STATE OF LOUISIANA**
**CLERK OF CRIMINAL**
**DISTRICT COURT**                   *

                                     *
                          * * * * * * *


*JCL*        **LOBRANO, J., CONCURS IN THE RESULT**